UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. **06-22660**
**CIV - GOLD**

SHARON CROUCH,   <span>JURY TRIAL DEMANDED</span> **MAGISTRATE JUDGE**
**TURNOFF**

    Plaintiff,

v.

CARNIVAL CORPORATION, a
Panamanian corporation d/b/a
"CARNIVAL CRUISE LINE" and/or
"CARNIVAL,"

    Defendant.
_____/



## COMPLAINT

The Plaintiff, SHARON CROUCH [hereinafter "Plaintiff"], by and through her undersigned counsel, sues the Defendant CARNIVAL CORPORATION, a Panamanian corporation d/b/a "CARNIVAL CRUISE LINE" and/or "CARNIVAL" [hereinafter collectively "CARNIVAL"], and alleges:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of the sum of Seventy-Five Thousand ($75,000.00) Dollars and jurisdiction of this claim is founded upon 28 U.S.C.A §1332(a)(diversity of citizenship). This claim also arose within the general maritime jurisdiction of the United States.

2. Plaintiff SHARON CROUCH is a U. S. citizen who resides and is domiciled in the state of Texas.

3. Defendant CARNIVAL is a Panamanian corporation which does business as "CARNIVAL CRUISE LINES" and/or "CARNIVAL," and has its principal place of business in Dade County, Florida.

4. Defendant CARNIVAL, at all relevant times, owned and operated the cruise ship *M/S Carnival Conquest*.

5. On or about November 2, 2005, and at all other relevant times, the Plaintiff was a fare-paying passenger aboard the subject vessel pursuant to the terms of Carnival's form ticket.

6. The Defendant CARNIVAL, at all relevant times owed the Plaintiff, as a fare-paying passenger, a duty to exercise reasonable care under the circumstances for her safety. Carnival had actual or constructive knowledge that Plaintiff required and used a wheelchair for mobility and access due to a preexisting medical condition.

7. Defendant CARNIVAL, at all relevant times, negligently created and/or maintained a dangerous condition on or about the vessel, *to wit*: a dangerous or defective boarding ramp for handicapped or disabled persons that was not attended by crewmembers assigned to assist handicapped or disabled individuals aboard the

vessel. This condition was known, or should have been known to, or was created by, Defendant CARNIVAL.

8. Defendant CARNIVAL and/or its employees at all material times undertook to maintain the subject boarding ramp and/or to have it attended by personnel at all relevant times and therefore had a duty to exercise reasonable care under the circumstances in those undertakings.

9. Defendant CARNIVAL also had a duty to comply with the International Safety Management (ISM) Code and other applicable statutes, codes and standards concerning access for handicapped or disabled persons.

10. Defendant CARNIVAL, at all relevant times, negligently breached its aforementioned duties, and violated the ISM Code and other relevant standards, by negligently maintaining and/or negligently failing to see that there was a reasonably safe boarding ramp to allow disabled or handicapped persons, such as the plaintiff, to board the vessel and/or by negligently failing to provide personnel to assist such persons and by otherwise failing to keep records, or identify root causes, or take corrective action or otherwise maintain and carry out a safety management system pursuant to the ISM Code.

11. As a direct and proximate result of the negligence of Defendant CARNIVAL, the Plaintiff, on or about November 2, 2005, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of

the capacity for the enjoyment of life, aggravation of a preexisting condition, and incurred expense of hospitalization, and medical and nursing care and treatment. The injuries are either permanent or continuing in nature and the Plaintiff will suffer the losses and impairment in the future.

12. All conditions precedent to the maintenance of this lawsuit has been met by the Plaintiff.

WHEREFORE the Plaintiff demands judgment for damages against Defendant CARNIVAL and demands a <u>trial by jury</u>.

> ROMANO, ERIKSEN & CRONIN
> Post Office Box 21349
> West Palm Beach, FL 33416-1349
> Tel:  (561) 533-6700
> Fax:  (561) 533-8715
> mde@travelaw.com
>
> By: _____
> Michael D. Eriksen
> Florida Bar No. 316016

**JS 44** (Rev. 11/05)    **CIVIL COVER SHEET**    06-22660

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
SHARON CROUCH

**DEFENDANTS**
CARNIVAL CORPORATION

CIV - GOLD

MAGISTRATE JUDGE TURNOFF

FILED by _____
2006 OCT 31 PM 12:38
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael D. Eriksen, Esquire   561-533-6700
Romano, Eriksen & Cronin
Post Office Box 21349, West Palm Beach, FL 33416-1349

Attorneys (If Known)

(d) Check County Where Action Arose:  ☒ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

Dade 06-22660-Civ-Gold Turnoff

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  |  |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

### V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO    b) Related Cases ☐ YES ☐ NO
JUDGE _____    DOCKET NUMBER _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity): _____

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD _____
DATE October 25, 2006

FOR OFFICE USE ONLY
AMOUNT $350.00   RECEIPT # 949085

10/31/06